UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLAINTIFF Jason J. Schultz

V-

DEFENDANTS TODD OLDHAM Individual Capacity
STEPHEN FARRELL Individual Capacity
PAUL J. McBRIEN Individual Capacity

13-CV-11391-

## COMPLAINT

### PARTIES

1. The Plaintiff Jason J. Schultz, is a resident of Hyannis, Barnstable County, Massachusetts and a Citizen of the United States.

2. The defendant TODD OLDHAM is a Resident of Orleans, Barnstable County, Massachusetts and a Citizen of the United States.

3. The defendant Stephen Farrell is a Resident of Orleans, Barnstable County, Massachusetts and a Citizen of the United States.

4. The defendant Paul J. McBrien is a Resident of Orleans, Barnstable County, Massachusetts and a Citizen of the United States.

### JURISDICTION

This Court has Jurisdiction over this matter pursuant to 28 U.S.C. §1391.

### FACTS

5. On Friday October 28, 2011 Plaintiff Jason J. Schultz was transported from the Barnstable County Correctional Facility located in Bourne Massachusetts, to Orleans District Court located in Orleans Massachusetts.

6. Upon arrival Plaintiff was led out of the Barnstable County Sheriffs Office Transportation Van, down stairs leading into the Prisoner Holding area of Orleans District Court. Officer Todd Oldham, Officer Stephen Farrell, and Officer Paul J. McBrien were all present on arrival in full uniform. Barnstable County Sheriffs Office Transportation Officers relieved me of the Sheriff Department Leg and Body Restraints I had on as Officer

odd Oldham applied Leg Restraints after I removed my Belt and Reebok Sneakers. I was asked by Officer Todd Oldham to, "Stand Up" as He applied Hand Restraints. I was Then Led By Officer Stephen Farrell to a Holding Cell and The Cell door was Secured.

A Short Time Later I observed my Holding Cell door opened by Officer Stephen Farrell. Plaintiff exited Holding Cell as Officer Stephen Farrell Re-Secured The Holding Cell door Behind me. I Then Proceeded up The Stairs to The "dock" area of The First Session Courtroom of Orleans District Court with Officer Todd Oldham, Officer Stephen Farrell, and Officer Paul J. McBrien Followed in Behind me and Repositioned Themselves.

I Sat down on A Wooden-Bench in The "dock" area. I waited for my Case to Be Called. My Criminal Case was Called a Few Minutes Later and I was asked to "Stand-up" By Officer Paul J. McBrien who was in my direct Line of eyesight to my Right outside The "dock". Also in my direct Line of eyesight to my Left, outside The "dock", was Officer Stephen Farrell. In my Periphinal Vision I observed Officer Todd Oldham Behind me in The "dock" to my Left.

AT THIS TIME I Conveyed to my girlfriend Devon L. Hammond, "I Love You". Ms. Hammond Then Responded By Mouthing The Words, "I Love You Too". Officer Paul J. McBrien approached Ms. Hammond Immediately in a aggressive, Hostile, manner and Said, "Ma'm, you need to Leav Ms. Hammond was Clearly embarrassed Since This was Happenin in front of The Crowded First Session Courtroom, She didn't mov to grab Her Purse and Coat and was Rewarded By Officer Paul J. McBrien moving in on Ms. Hammond in enough of A Close Pro nity to where it was quite apparent She was Fearful. Officer Paul J McBrien Continued on with His unprofessionalism By Barking, "N am, you need to Leave now". Ms. Hammond Then gathered Her Coat and Purse, and exited The First Session Courtroom of Orlea District Court.

Plaintiff Jason J Schultz Then Spoke out when Court was in Ses on. The Honorable Brian Merrick ordered Plaintiff Held in Conten of Court for Thirty days for His outburst. Plaintiff Spoke out agair

At this time, Officer Todd Oldham placed Plaintiff in a "Sleeper" Hold, (which consists of putting your left forearm into someone's throat from behind, while placing your right arm in a L-shape to the front of your left wrist to completely cut-off air-supply). Plaintiff at no point and time moved aggressively or made a move to exit the "dock".

11. Officer Stephen Farrell and Officer Paul J. McBrien then swarmed in and grabbed Plaintiffs Legs, while Officer Todd Oldham kept Plaintiff in "Sleeper" Hold, and all three officers placed Plaintiff evenly on his back on the "dock" railing and began to jack-knife Plaintiff in a downwards motion.

12. Plaintiff was then slammed on top of the wooden bench in the "dock", on the left end of the wooden bench closest to the door, while Officer Todd Oldham still maintained "Sleeper" Hold. Officer Paul J. McBrien and Officer Stephen Farrell following slamming Plaintiff face-down on the left end of the wooden bench, choose to apply their weight on-top of Plaintiff. The wood bench then snapped under the weight and sent a piece of the broken bench to puncture the Plaintiffs stomach. Plaintiff then lost conciousness.

13. Plaintiff awoke to his face being pressed into the concrete wall at the top of the stairs outside the First Session Courtroom. Officer Todd Oldham stood behind the Plaintiff while still applying "Sleeper" Hold as Officer Stephen Farrell and Officer Paul J. McBrien had Plaintiffs Legs held to where it felt like my feet were only a few inches from my neck. Plaintiff was then lifted up by all three mentioned officers, dragged down the stairs, and put into a cell in the Prisoner holding area. This was the end of the incident.

Plaintiff's eighth amendment protection, guaranteed by the Federal Constitution against cruel and unusual punishment has been violated by the ominous actions of Officer Todd Oldham, Officer Stephen Farrell, and Officer Paul J. McBrien, all employees of the Trial Court of Massachusetts. Plaintiff sustained a puncture wound to his stomach, a neck injury, and further damage to plaintiff's back in specific areas. Due to the elements of this assault, relief in monetary damages of one-hundred thousand dollars is being sought by the plaintiff.

Wherefore, the plaintiff demands judgement against the defendants for damages and such other relief as this court deems just.

Plaintiff is demanding a trial by jury

Date: _____

Respectfully Submitted,

Jason J. Schultz
Pro-Se Litigant
6000 Sheriffs Place
Bourne, Ma
02532