```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

JASON J. SCHULTZ,              )
                               )
        Plaintiff,             )
                               )
        v.                     )
                               )   C.A. No. 13-11391-DPW
TODD OLDHAM, et al.,           )
                               )
        Defendants.            )
                               )

ORDER
August 28, 2013

In an order dated June 13, 2013 (#4), Magistrate Judge Judith G. Dein denied without prejudice the motion of plaintiff Jason J. Schultz for leave to proceed *in forma pauperis*. She directed the plaintiff to pay the filing fee or file a renewed motion to proceed *in forma pauperis* (with the prison account statement required under 28 U.S.C. § 1915(a)(2)). Magistrate Judge Dein stated that failure to comply with the order could result in dismissal of the action.

When the plaintiff filed the complaint, the return address he provided was that of the Barnstable County House of Correction. The Clerk sent a copy of Magistrate Judge Dein's order to that address, but the order was returned as undeliverable.

The time for complying with Magistrate Judge Dein's order has expired without any response from the plaintiff. Although I recognize that the plaintiff may not have ever received a copy of the order, he is not entitled to docket activity unless he provides the Clerk with his current address. *See* Local Rule

83.5.2 ("Any attorney or party appearing pro se who has not . . . provided the clerk with his current address in accordance with this rule shall not be entitled to notice.").

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

SO ORDERED.

    /s/ Douglas P. Woodlock
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE